UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JING WANG and SHIBO WANG,<br><br>        Defendants. | CR No. 16- **CR16-0734**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 501: Making Counterfeit Postage Meter Stamps; 18 U.S.C. § 2(a): Aiding and Abetting] |

The United States Attorney charges:

[18 U.S.C. § 501, 2(a)]

Beginning on a date unknown and continuing through in or about April 2015, in Los Angeles County, within the Central District of California, defendants JING WANG and SHIBO WANG, each aiding and abetting the other, knowingly made, printed, and used forged and counterfeit postage meter stamps printed from their computer,

//
//
//
//
//

namely, duplicate postage meter stamps from meter number 7817490 leased from Stamps.com and meter number 826857 leased from Endicia.com, in the approximate amount of $164,948.49.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*
LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

CATHY J. OSTILLER
Assistant United States Attorney
Deputy Chief, General Crimes Section

PETER HARDIN
Special Assistant United States Attorney
General Crimes Section